JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   R.F.,                                    Case No. 5:24-cv-01759-SHK

12                          Plaintiff,

13              v.                             JUDGMENT

14   LELAND DUDEK,[1] Acting

15   Commissioner of Social Security,

16                          Defendant.

17

18        It is the judgment of this Court that the Social Security Commissioner's

19   decision is REVERSED and this case is REMANDED to the Social Security

20   Administration for further proceedings consistent with this Court's Opinion and

21   Order.

22

23   DATED: 05/02/2025                   _____

24                                       HON. SHASHI H. KEWALRAMANI
                                         United States Magistrate Judge
25

26

27   _____

28   [1] Leland Dudek has been appointed the Acting Commissioner of Social Security.  Under Federal
     Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.